# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A residence and shed located at 6230 E. 11th Street, Kansas City, Missouri, located in the Western District of Missouri

Case No. 21-SW-00433-WBG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

A residence and shed located at 6230 E. 11th Street, Kansas City, Missouri, more fully described in Attachment A.

located in the Western District of Missouri, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841 | Possession of Methamphetamine With Intent to Distribute and Distribution. |

The application is based on these facts:

See Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: ____________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Victor Contreras, Detective (Jackson County Drug Task Force)
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me via reliable electronic means.

Date: October 6, 2021 at 12:53 pm

[signature]
*Judge's signature*

City and state: Kansas City, Missouri

Honorable W. Brian Gaddy, U.S. Magistrate Judge
*Printed name and title*